**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

United States of America,

    Plaintiff,

Case 3:23-PO-3    3:24-po-33

-vs-

Magistrate Judge Peter B. Silvain, Jr.

TERRY TODD,

    Defendant.

**ORDER**

On oral motion of the United States in open court, pursuant to Fed. R. Crim. P. 7(e), Count 1, of the information filed in the above-captioned case that annotates a violation of Ohio Revised Code 4511.19(A)(1)(a), Operating a Motor Vehicle While Under the Influence, is hereby AMENDED to a violation of Ohio Revised Code 4511.194(B), Being in Physical Control of a Motor Vehicle While Under the Influence.

IT IS SO ORDERED.

Date: 9/23/24

_____
United States Magistrate Judge

_____
Assistant United States Attorney